PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Tara Glass

Cr.: 12-00542-001
PACTS #: 63054

Name of Sentencing Judicial Officer:   The Honorable Renée M. Bumb
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/19/2012

Original Offense: Distribute and Possess with Intent to Distribute 5 Grams or More Methamphetamine, 21 U.S.C. Sections 841(a) and (b)(1)(B)

Original Sentence: 24 months imprisonment, 5 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, monthly letter to Judge detailing her progress/what she has learned from the offense.

Type of Supervision: Supervised Release                      Date Supervision Commenced: 01/10/14

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The offender shall undergo treatment in a mental health program approved by the U.S. Probation Office, preferably cognitive and behavioral based treatment until discharged by the Court." |

Based on her residence, supervision was transferred to the Probation Office from the Eastern District of New York. They have concentrated their efforts on enrolling Glass at the Mount Sinai St. Luke's Center for Intensive Treatment of Personality Disorders where she would receive specialized treatment as well as substance abuse treatment if deemed necessary. She was accepted to their program on October 8, 2014, however, was resistant claiming it was too intensive, too far, and too time consuming. Glass attended three of nine scheduled appointments before being discharged on October 16, 2015.

The offender then commenced mental health treatment at the Interborough Development and Consultation Center. Glass secured this treatment on her own accord. The center is not similar to the type of treatment the Court recommended at the violation hearing. According to the treatment provider, it is not an intensive program, nor does it provide a substance abuse component. She receives two individual sessions per week and one psychiatric session for medication monitoring. Glass has Medicaid which covers the cost of mental health treatment at Interborough Developmental and Consultation Center (IDCC). Glass has signed the confidential release forms, however, they have been cooperative with providing information as requested. She attended her initial assessment at IDCC on 10/29/14. The supervising officer has made a request for an updated report from Glass' therapist at IDCC, and it is awaited. Additionally she is being referred to one of the contracted agencies for substance abuse assessment and treatment, if deemed necessary.

Prob 12A – page 2
Tara Glass

U.S. Probation Officer Action:

The offender is being supervised by the Eastern District of New York as she continues to reside in Brooklyn, New York.  Overall, the supervision officer conveyed it appears the offender is in compliance with her supervision, with the exception of her mental health treatment provider, and requested no Court action be taken at this time.

Respectfully submitted,

*Jessica M. Alberts/nm*

By: Jessica M. Alberts, USPO

Date:  02/27/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
March 2, 2015
Date